IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

JOE BEATTY,                              )
                                         )
Plaintiff,                               )
                                         )
   v.                                    )      No.    13-cv-1297 JPG/DGW
UNITED STATES OF AMERICA,                )
                                         )
Defendant.                               )
                                         )
                                         )
                                         )
                                         )

**MEMORANDUM AND ORDER**

This matter comes before the Court on the plaintiff's stipulation of dismissal (doc. 20). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) a plaintiff may dismiss an action without a court order pursuant to a stipulation signed by all parties. Here, plaintiff has presented a stipulation of dismissal signed by all parties. Pursuant to the parties' stipulation, this case is **DISMISSED** without prejudice and the Court **DIRECTS** the Clerk of Court to close this case. Further, the court finds as moot the Motion for Summary Judgment (doc.#7) and Motion to Withdraw (doc.#20).

DATED: July 28, 2014

                              *s/ J. Phil Gilbert*
                              UNITED STATES DISTRICT JUDGE